DATE FILED: November 8, 2019 11:55 AM
FILING ID: 79F35130870A6
CASE NUMBER: 2019CV32645

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>7325 S. Potomac Street<br>Centennial, CO 80112<br>(303) 645-6600 | |
| **Plaintiff:** ZURICH AMERICAN INSURANCE COMPANY**,** as subrogee of GI Peak Holding Corporation,<br><br>v.<br><br>**Defendant:**  STEWART & STEVENSON POWER PRODUCTS, LLC | ▲COURT USE ONLY▲ |
| *Counsel for Plaintiff Zurich American Insurance Co.*<br>Jennifer A. Poynter, #24619<br>Poynter Law LLC<br>Address: 6860 S. Yosemite Ct., Suite 2000<br>              Centennial, CO  80112<br>Phone:   (303) 991-2229<br>Email:    jennifer@poynterlawllc.com | Case Number:<br>Div:          Ctrm: |
| **COMPLAINT** | |

Plaintiff Zurich American Insurance Company, by and through its attorneys of record, hereby states and alleges the following:

**PARTIES, JURISDICTION AND VENUE**

1. Zurich American Insurance Company ("ZAIC") is a New York Corporation engaged in the insurance business with a statutory home office located at 4 World Trade Center, 150 Greenwich Street, New York, New York 10007, and a principal place of business located at 1299 Zurich Way, Schaumburg, Illinois 60196. It is authorized to transact business and has transacted business in the state of Colorado.

2. At all times relevant hereto, Stewart & Stevenson Power Products LLC ("SSPPL") was a foreign limited liability company that provided engine maintenance services in the state of Colorado.

3. Venue is proper in this court pursuant to C.R.C.P. 98 because the service was to be performed, and the tort was committed, in Arapahoe County, Colorado.

## GENERAL ALLEGATIONS

4. At all times relevant hereto, GI Peak Holding Corporation (the "insured") maintained an insurance policy with ZAIC pursuant to policy number PPR0272547-00 for its diesel generator units at the Flexential data center, located at 11900 E. Cornell Avenue, Aurora, Colorado (the "generator units").

5. On June 20, 2018, SSPPL performed maintenance on the generator units. The maintenance included changing the oil on the generator units' motors.

6. While performing its maintenance on the generator units, SSPPL failed to follow the manufacturer's written protocol for starting the engines after conducting an oil change.

7. As a result of SSPPL's failure to follow the manufacturer's specified procedures, the generator units' motors did not receive adequate lubrication.

8. On August 30, 2018, two of the three diesel engines on the generator units sustained catastrophic damage during routine monthly operation due to a lack of lubrication.

9. The incident described in the preceding paragraph caused damage to the generator units in the amount of $831,272.91, for which the insured submitted a claim to ZAIC.

10. After application of a $25,000.00 deductible, ZAIC indemnified its insured for damages to the generator unit in the amount of $806,272.91, and by virtue of said payment,

became equitably and contractually subrogated to its insured's rights to recover the amount paid from the responsible party.

### FIRST CLAIM FOR RELIEF
**(Breach of Contract)**

11. Plaintiff realleges all prior paragraphs as though fully set forth herein.

12. SSPPL entered into a contract with GI Peak Holding Corporation to perform maintenance on the generator units, including changing the oil on the generator units' engines.

13. SSPPL's breach of contract includes, but is not limited to:

   (a) failing to provide all professional services necessary to complete the work;

   (b) failing to follow the manufacturer's written protocol for starting the generator units' engines after an oil change has occurred;

   (c) failing to supervise the work of its employees, subcontractors and/or representatives involved in the maintenance of the generator units; and

   (d) such other breaches of contract by defendant as discovery may expose.

14. The breach of contract by defendant was the cause of the damage sustained by ZAIC's insured.

### SECOND CLAIM FOR RELIEF
**(Negligence)**

15. Plaintiff realleges all prior paragraphs as though fully set forth herein.

16. The property damage as set forth above was caused by the negligent conduct of defendant in one or more of the following particulars:

   (a) failing to follow the manufacturer's written protocol for starting the generator units' engines after an oil change has occurred;

(b)     failing to supervise the work of its employees, subcontractors and/or representatives involved in the maintenance of the generator units; and

(c)     performing its work on the generator units in a careless manner which resulted in damage to the generator units.

17.     As a result of the aforesaid negligent conduct of SSPPI, the insured sustained damage to its property in the amount of $831,272.91.

**WHEREFORE**, Plaintiff demands judgment against Stewart & Stevenson Power Products LLC in an amount to be determined at trial, plus costs, interest, and such further relief as this court may deem equitable.

DATED this 8th day of November 2019.

> Respectfully submitted,
>
> POYNTER LAW LLC
> *Signed copy on file at the office of Poynter Law LLC*
>
> *s/ Jennifer Poynter*
> Jennifer A. Poynter - No. 24619
> ATTORNEY FOR PLAINTIFF

Plaintiff's Address:
4 World Trade Center
150 Greenwich Street
New York, New York 10007